

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-10-00410-CV

IN RE GO INTERESTS, LLC;                                              RELATORS
GREGORY OBERT; GWENDOLYN
M. OBERT; GO HELICOPTERS,
INC.; HELITRANS COMPANY;
HILLTOP COMMERCIAL
HOLDINGS, INC.; AND GO
COLORADO 2007 REVOCABLE
TRUST

------------

### ORIGINAL PROCEEDING

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relators' petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relators' petition for writ of mandamus is denied.

Relators shall pay all costs of this original proceeding, for which let execution issue.

------------

[1]*See* Tex. R. App. P. 47.4, 52.8(d).

PER CURIAM

PANEL:  WALKER, DAUPHINOT, and MEIER, JJ.

DELIVERED:  November 16, 2010